LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
NIRALI S. PATEL, State Bar No. 303382
npatel@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
ALLIED HEALTHCARE PRODUCTS,
INC. and BOUND TREE MEDICAL,
LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JANICE REDFIELD, | Case No. 1:17-cv-01687-DAD-SAB |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE ON FEBRUARY 27, 2018; ORDER** |
| v. | |
| ALLIED HEALTHCARE PRODUCTS, INC., BOUND TREE MEDICAL, AND DOES 1 TO 20, | |
| Defendants. | |

1. On February 8, 2018, Defendant Bound Tree Medical, LLC submitted a substitution of attorney form substituting Laurie E. Sherwood, counsel for Allied Healthcare Products, Inc., as attorney of record for Defendant Bound Tree Medical, LLC.

2. On February 12, 2018, Plaintiff Janice Redfield submitted a substitution of attorney form substituting Adam Stirrup as attorney of record for Plaintiff.

3. On February 8, 2018, and February 12, 2018, the Court granted Defendant's and Plaintiff's substitution of attorney requests, respectively.

4. Defendants' counsel is unavailable on February 27, 2018.

5.     In light of the unavailability, and at the request of all parties, the parties, by and through their counsel of record, stipulate to continue the Initial Scheduling Conference, scheduled for February 27, 2018, to March 12, 2018, based on the Court's availability.     The parties further stipulate that deadlines set forth in the Initial Scheduling Order will be continued in accordance with the March 12, 2018 Conference date.

**IT IS SO STIPULATED.**

Dated:  February 15,  2018       BARADAT & PABOOJIAN, INC.


By:    /s/ Adam B. Stirrup (as authorized on 2/14/18)
         ADAM B. STIRRUP
         Attorney for Plaintiff Janice Redfield


Dated:  February  15,  2018      WFBM, LLP


By:    /s/ Laurie E. Sherwood
         LAURIE E. SHERWOOD
         NIRALI S. PATEL
         Attorneys for Defendants
         ALLIED HEALTHCARE PRODUCTS,
         INC. and BOUND TREE MEDICAL, LLC

WALSWORTH

601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL: (415) 781-7072 • FAX (415) 391-6258

## **ORDER**

Upon consideration of the parties' stipulation and request to continue the Initial Scheduling Conference, scheduled on February 27, 2018, to March 12, 2018, and good cause appearing, the Court orders the following:

(1)     The February 27, 2018 Initial Scheduling Conference shall be continued to March 12, 2018, at 2:00 p.m., or a time convenient to the Court.

(2)     All deadlines set forth in the Initial Scheduling Order will be continued in accordance with the March 12, 2018 Conference date.

IT IS SO ORDERED.

Dated:     **February 16, 2018**

UNITED STATES MAGISTRATE JUDGE

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL: (415) 781-7072 • FAX (415) 391-6258