# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE REDFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLIED HEALTHCARE PRODUCTS, INC., et al.,<br><br>  Defendants. | Case No. 1:17-cv-01687-DAD-SAB<br><br>ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 23)<br><br>TWO DAY DEADLINE |

This action was removed from Merced County Superior Court on December 14, 2017. (ECF No. 1.) On May 1, 2018, the parties filed a stipulation for Plaintiff to file a first amended complaint. (ECF No. 23.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file her first amended complaint;

2. Defendants shall file a responsive pleading to the first amended complaint no later than thirty (30) days after the first amended complaint is filed; and

3. Plaintiff shall file the first amended complaint within two (2) days of the service of this order.

IT IS SO ORDERED.

Dated: **May 2, 2018**

UNITED STATES MAGISTRATE JUDGE

1