# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE REDFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIED HEALTHCARE PRODUCTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01687-DAD-SAB<br><br>ORDER RE STIPULATION FOR ANSWERS TO FIRST AMENDED COMPLAINT AND DIRECTING DEFENDANTS TO FILE ANSWER TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 30)<br><br>TWO-DAY DEADLINE |

On May 2, 2018, Plaintiff filed a first amended complaint against Defendants Allied Healthcare Products, Inc.; Bound Tree Medical, LLC; and Coast Biomedical Equipment, LLC. Defendant Coast Biomedical Equipment, LLC filed an answer on June 5, 2018. On June 6, 2018, a stipulation was filed. The parties have stipulated that the original answer filed by Defendants Allied Healthcare Products, Inc. and Bound Tree Medical, LLC shall be the answer to the first amended complaint. For clarification of the docket, Defendants shall be required to file the answer to the first amended complaint.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants Allied Healthcare Products, Inc. and Bound Tree Medical, LLC's answer to the complaint shall be the answer to the first amended complaint; and

2. Defendants Allied Healthcare Products, Inc. and Bound Tree Medical, LLC's shall

file the answer to the first amended complaint within two days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **June 13, 2018**

_____
UNITED STATES MAGISTRATE JUDGE