# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE REDFIELD,<br><br>        Plaintiff,<br><br>        v.<br><br>ALLIED HEALTHCARE PRODUCTS, INC.,<br>et al.,<br><br>        Defendants. | Case No. 1:17-cv-01687-DAD-SAB<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 39) |

On March 19, 2018, the Court issued a scheduling order setting pretrial deadlines and the trial date for this action. (ECF No. 21.) On March 26, 2019, the parties filed a stipulation to amend the discovery deadlines and reset the settlement conference. (ECF No. 34.) On March 27, 2019, The Court denied the request without prejudice because the stipulation did not comply with the requirements for modification of the scheduling order. (ECF No. 35.) On March 29, 2019, the parties filed another stipulation to amend the discovery deadlines which attached a declaration describing settlement and discovery efforts. (ECF No. 39.) In addition, the parties' stipulation incorporates an agreement that no dispositive motions will be filed, and incorporates the parties' consent to the jurisdiction of the undersigned magistrate judge in this matter. (ECF No. 39.) Based on the parties' filings, the Court finds good cause to the modify the scheduling order.

//

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the March 19, 2018 scheduling order (ECF No. 21) is amended as follows:

1. Non-Expert Discovery Cutoff: June 30, 2019;

2. Expert Disclosure Deadline: July 15, 2019;

3. Supplemental Expert Disclosure Deadline: July 30, 2019;

4. Expert Discovery Deadline: August 30, 2019;

5. Settlement Conference: July 2, 2019 at 9:30 a.m. before Judge Barbara A. McAuliffe in Courtroom 8;

6. All other dates and aspects of the March 19, 2018 scheduling order shall remain in effect; and

7. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated:   **March 29, 2019**

_____
UNITED STATES MAGISTRATE JUDGE