# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE REDFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED HEALTHCARE PRODUCTS, INC., et al.,<br><br>    Defendants. | Case No. 1:17-cv-01687-SAB<br><br>ORDER REJECTING STIPULATION TO DISMISS CERTAIN DEFENDANTS<br><br>(ECF No. 44) |

On May 7, 2019, Plaintiff Janice Redfield, and Defendants Allied Healthcare, Inc., and Bound Tree Medical, LLC, filed a stipulation to dismiss all claims against these two Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (ECF No. 44.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) requires that "a stipulation of dismissal [be] signed by all parties who have appeared." The stipulation submitted here was not signed by all parties who have appeared. The Court rejects the stipulation as submitted because Plaintiff may not dismiss by stipulation these two Defendants without all parties in the case signing such stipulation pursuant to Rule 41(a)(1)(A)(ii).

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that if Plaintiff wishes to dismiss these two Defendants, Plaintiff must either file a stipulation signed by all parties pursuant to Rule 41(a)(1)(A)(ii), or file a request for dismissal pursuant to Rule 41(a)(2).

IT IS SO ORDERED.

Dated: **May 8, 2019**

_____
UNITED STATES MAGISTRATE JUDGE