# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE REDFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIED HEALTHCARE PRODUCTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01687-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE ALLIED HEALTHCARE PRODUCTS, INC. & BOUND TREE MEDICAL, LLC AS PARTIES IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 46) |

On May 9, 2019, the parties filed a stipulation to dismiss Allied Healthcare Products, Inc., and Bound Tree Medical, LLC, as parties in this action, with prejudice, leaving Coast Biomedical Equipment, LLC, as the sole remaining Defendant. (ECF No. 46.) Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendants Allied Healthcare Products, Inc., and Bound Tree Medical, LLC, shall be terminated in this action, with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

IT IS SO ORDERED.

Dated: __**May 9, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1