# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE REDFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIED HEALTHCARE PRODUCTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01687-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 48)<br><br>SIXTY DAY DEADLINE |

On June 26, 2019, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 48.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of entry of this order.

IT IS SO ORDERED.

Dated: __**June 27, 2019**__　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1